**Motion Granted; Dismissed and Memorandum Opinion filed April 24, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-12-00080-CR**

_____

**LUCIANO ROSALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1321835**

## MEMORANDUM OPINION

A written request to withdraw the notice of appeal, accompanied by a handwritten letter signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. In the handwritten letter, appellant expresses his desire not to pursue his appeal. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justices Hedges and Justices Seymore and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).